1 | MICHAEL G. LEGGIERI, Bar No. 253791
LITTLER MENDELSON, P.C.
2 | 500 Capitol Mall, Suite 2000
Sacramento, CA 95814
3 | Telephone:   916.730.7200
Facsimile:    916.848.0200

LEE J. HUTTON, Ohio Bar No. 0006794
*Admitted pro hac vice*
TIMOTHY S. ANDERSON, Ohio Bar No. 0071593
*Admitted pro hac vice*
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH  44114
Telephone:   216.696.7600
Facsimile:    216.696.2038

Attorneys for Defendant
AMERICAN EAGLE OUTFITTERS, INC.

RAUL PEREZ, Bar No. 174687
MELISSA GRANT, Bar No. 205633
SUZY E. LEE, Bar No. 271120
INITIATIVE LEGAL GROUP, A.P.C.
1800 Century Park East, Second Floor
Los Angeles, CA 90067
Telephone:   310.556.5637
Facsimile:    310.861.9051

Attorneys for Plaintiff
BRIAN BUTTERWORTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BUTTERWORTH, individually, and on behalf of all other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN EAGLE OUTFITTERS, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.  1:11-cv-01203-LJO-DLB<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION FOR DEFENDANT'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND PLAINTIFF'S REPLY BRIEF** |

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
1100 Superior Avenue
20th Floor
Cleveland, OH  44114
216.696.7600

[PROPOSED] ORDER

On September 14, 2011, Pursuant to the *Standing Order in All Civil Cases Assigned to District Judge Lawrence J. O'Neill*, Plaintiff Brian Butterworth ("Plaintiff") and Defendant American Eagle Outfitters, Inc. ("American Eagle") filed a joint motion for leave to exceed the 25 page limitation set forth in the Court's Standing Order with respect to American Eagle's *Brief in Opposition to Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction* and to exceed the ten page limitation set forth in the Court's Standing Order with respect to *Reply Brief in Support of Plaintiff's Motion to Remand*. American Eagle believes that absent a five-page enlargement of the page limit to thirty pages, it will not be able to adequately present its Opposition and will be forced to leave fundamental issues necessary to the Court's proper understanding and resolution of the motion to remain unaddressed. Plaintiff and American Eagle also jointly moved this Court for a five page extension of the page limitation with respect to Plaintiff's reply brief, such that Plaintiff can address the arguments set forth in American Eagle's extended brief.

Good cause appearing, the joint motion is **GRANTED**. It is hereby ordered:

1. American Eagle is granted leave to file a *Brief in Opposition to Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction* not to exceed thirty (30) pages; and

2. Plaintiff is granted leave to file a *Reply Brief in Support of Plaintiff's Motion to Remand* not to exceed fifteen (15) pages.

IT IS SO ORDERED.

Dated:   **September 19, 2011**         /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
A Professional Corporation
1100 Superior Avenue
20th Floor
Cleveland, OH 44114
216.696.7600

1

[PROPOSED] ORDER