Raul Perez (SBN 174687)
RPerez@InitiativeLegal.com
Melissa Grant (SBN 205633)
MGrant@InitiativeLegal.com
Suzy E. Lee (SBN 271120)
SuzyLee@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:  (310) 861-9051

Attorneys for Plaintiff Brian Butterworth

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| BRIAN BUTTERWORTH, individually, and on behalf of all other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EAGLE OUTFITTERS, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.:  1:11−CV−01203−LJO−DLB<br><br>Hon. Dennis L. Beck,<br>U.S. Magistrate Judge<br><br>**ORDER GRANTING JOINT STIPULATION RE: PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Complaint Filed:  May 12, 2011 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Good cause appearing, and pursuant to the Stipulation of the Parties, Plaintiff Brian Butterworth is granted leave to file a Second Amended Complaint and Defendant is granted until twenty-one (21) days after the filing of said Second Amended Complaint within which to answer or otherwise respond.

**IT IS SO ORDERED.**


Dated:   12 April 2012            /s/ Dennis L. Beck
                                  Hon. Dennis L. Beck
                                  U. S. Magistrate Judge