Raul Perez (SBN 174687)
RPerez@InitiativeLegal.com
Melissa Grant (SBN 205633)
MGrant@InitiativeLegal.com
Suzy E. Lee (SBN 271120)
SuzyLee@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiffs Brian Butterworth and Margo Chui

Michael Leggieri (SBN 253791)
mleggieri@littler.com
Littler Mendelson, P.C.
500 Capital Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Lee J. Hutton (*Admitted Pro Hac Vice*)
lhutton@littler.com
Timothy S. Anderson (*Admitted Pro Hac Vice*)
tanderson@littler.com
1100 Superior Avenue, 20th Floor
Cleveland, OH 44114
Telephone: 216.696.7600
Facsimile: 216.696.2038

Attorneys for Defendant AE Retail West

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| BRIAN BUTTERWORTH and MARGO CHUI, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AE RETAIL WEST, a Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:11−CV−01203−LJO−DLB<br><br>Hon. Dennis L. Beck,<br>U.S. Magistrate Judge<br><br>**STIPULATION TO STAY CASE, VACATE ALL HEARINGS AND DEADLINES, AND DISMISS PLAINTIFF MARGO CHUI, WITHOUT PREJUDICE; AND [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: May 12, 2011 |

1    Plaintiffs Brian Butterworth and Margo Chui and Defendant AE Retail
2  West (collectively, "Parties"), by and through their respective counsel, **HEREBY**
3  **STIPULATE**, subject to approval of the Court, as follows:
4    **WHEREAS**, on or about May 12, 2011, in Stanislaus County Superior
5  Court, Plaintiffs filed a class action alleging various California wage and hour
6  violations ("Butterworth Action");
7    **WHEREAS**, on or about July 2011, Plaintiffs' action was removed to this
8  Court;
9    **WHEREAS**, on December 8, 2011, the Honorable Magistrate Judge
10  Dennis L. Beck adopted the following dates and deadlines for Plaintiffs' Motion
11  for Class Certification:
12    Filing:          June 29, 2012
13    Opposition:  August 14, 2012
14    Reply:          September 28, 2012
15    Hearing:       October 30, 2012
16    **WHEREAS**, a related case against the same Defendant was filed by
17  another former employee, Jared Bercea, in the Sacramento County Superior Court,
18  Case No. 34-2012-00123947 ("Bercea Action");
19    **WHEREAS**, the Parties have reached a global settlement in principle of
20  the Bercea Action that would release the claims asserted in this action;
21    **WHEREAS**, in the interest of judicial economy, and as part of the
22  settlement process, the Parties have agreed to permit the Plaintiff in the Bercea
23  Action to amend the complaint in the Bercea Action to add Margo Chui as a
24  plaintiff in the Bercea Action, and the Parties have agreed to dismiss Margo Chi,
25  without prejudice, as a plaintiff in this action;
26    **WHEREAS**, the Parties have also agreed to seek approval of the global
27  settlement in the Bercea Action, which is pending in Sacramento County Superior
28  Court;

1     **WHEREAS**, in the event that final approval of the global settlement is
2  granted by the Sacramento County Superior Court, this action will be dismissed
3  with prejudice and the Bercea Action will be dismissed with prejudice;
4     **WHEREAS**, the Parties believe that the above-entitled action should be
5  stayed, and all dates, deadlines, hearings and other events should be vacated,
6  pending the outcome of the approval process in the Bercea action, and the parties
7  should stipulate to dismiss Margo Chui, without prejudice, from this action;
8     **THEREFORE**, the Parties hereby stipulate as follows:
9     1.   The Court should stay the above-entitled action pending the
10         outcome of the approval process in the Bercea Action;
11    2.   The Court should vacate all dates, deadlines and hearings and other
12         events currently on calendar, including the dates and deadlines
13         which govern Plaintiff's Motion for Class Certification; and
14    3.   Plaintiff Margo Chui should be dismissed, without prejudice.
15    **IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 25, 2012 | Respectfully submitted, |
| | INITIATIVE LEGAL GROUP APC |
| | By: /s/ Raul Perez |
| | Raul Perez<br>Melissa Grant<br>Suzy E. Lee |
| | Attorneys for Plaintiffs Brian Butterworth and Margo Chui |
| Dated: May 25, 2012 | Respectfully submitted, |
| | LITTLER MENDELSON LLP |
| | By: /s/ Lee J. Hutton |
| | Lee J. Hutton<br>Timothy S. Anderson |
| | Attorneys for Defendant AE Retail West |

# ORDER

The Court has received, reviewed and considered the Stipulation to Stay Case and Vacate All Hearings and Deadlines.  Good cause appearing, it is hereby **ORDERED** that:

1. The Court stays the above-entitled action pending the outcome of the approval process in the Bercea Action, which is pending in the Sacramento County Superior Court.
2. The Court vacates all dates, deadlines and hearings and other events currently on calendar, including the dates and deadlines which govern Plaintiff's Motion for Class Certification.
3. The Court dismisses Margo Chui, without prejudice.**This Court FURTHER ORDERS the parties, no later than July 2, 2012, and every 90 days thereafter, to file joint status reports to address completion of settlement of the Bercea action and the need to continue stay of this action.**

IT IS SO ORDERED.

Dated:   **May 25, 2012**                              /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE