1  G. Arthur Meneses (SBN 105260)
   AMeneses@InitiativeLegal.com
2  Initiative Legal Group APC
   1800 Century Park East, Mezzanine
3  Los Angeles, California 90067
   Telephone:  (310) 556-5637
4  Facsimile:   (310) 861-9051

5  Attorneys for Plaintiff Brian Butterworth

6

7                     UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

9

| | |
|---|---|
| 10  BRIAN BUTTERWORTH, individually, and on behalf of all other members of the general public similarly situated, | Case No.:  1:11−CV−01203−LJO−DLB |
| 11 | Hon. Lawrence J. O'Neill |
| 12 | U.S. District Judge |
| 13      Plaintiff, | |
| 14      vs. | **STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
| 15  AE RETAIL WEST, a Corporation, and DOES 1 through 10, inclusive, | |
| 16      Defendant. | Complaint Filed:  May 12, 2011 |

17
18
19
20
21
22
23
24
25
26
27
28

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
2  and Paragraph 88 of the Joint Stipulation of Class Action Settlement and Release
3  entered into by the parties in *Bercea, et al. v. AE Retail West, a Corporation*,
4  Sacramento County Superior Court Case No. 34-2012-00123947, Plaintiff Brian
5  Butterworth, on the one hand, and Defendant AE Retail West, a Corporation
6  ("Defendant"), on the other, herby stipulate that this action against Defendant is
7  dismissed with prejudice with each side to bear its own costs.

9  Dated:  June 12, 2013                    Respectfully submitted,
10                                           INITIATIVE LEGAL GROUP APC

12                                           By: _____
13                                           G. Arthur Meneses
                                             Attorneys for Plaintiff Brian Butterworth

15  Dated:  June 12, 2013                    Respectfully submitted,
16                                           LITTLER MENDELSON APC

18                                           By: _____
19                                           Lee J. Hutton
                                             Timothy S. Anderson
20                                           Attorneys for Defendant AE Retail West

# ORDER

Good cause appearing therefore, and pursuant to the Stipulation of the Parties, this action is dismissed with prejudice in its entirety, with each party to bear its own costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: __**June 12, 2013**__           _____/s/ Lawrence J. O'Neill_____
                                     UNITED STATES DISTRICT JUDGE